

# NUMBER 13-24-00065-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

FRANCISCO JASSO,                                                  **Appellant,**

**v.**

LUPITA MARTINEZ,                                                 **Appellee.**

## On appeal from the 93rd District Court
## of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Tijerina, and Silva
### Memorandum Opinion by Justice Tijerina

This matter is before the Court on appellant's second amended motion to dismiss.

Appellant wishes to withdraw or dismiss his appeal.

Having considered appellant's motion, we are of the opinion that the motion should

be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's second amended

motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Delivered and filed on the
7th day of March, 2024.

2